# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY MARTINI,<br><br>PLAINTIFF,<br><br>v.<br><br>AT&T INC., AT&T CORP., AT&T MOBILITY CORP. (DE), and AT&T MOBILITY LLC,<br><br>DEFENDANTS. | CASE NO. 8:08-cv-00294-AG(RNBx)<br><br>**JUDGMENT** |

The Court, on February 23, 2009, having dismissed the Third Amended Complaint without leave to amend; therefore;

IT IS HEREBY ORDERED, DECREED AND ADJUDGED that this action is dismissed in its entirety. Plaintiff shall take nothing and judgment is hereby entered in favor of Defendants AT&T Inc., AT&T Corp., AT&T Mobility Corp. (DE), and AT&T Mobility LLC.

Dated: March 04, 2009

_____
Honorable Andrew J. Guilford